ELIZABETH HERBOLD, Respondent, *v.* F. W. WOOLWORTH COMPANY, Appellant.

(Argued January 13, 1933; decided January 27, 1933.)

*Edmund S. Brown* and *Harold J. Adams* for appellant.

*A. F. Chapin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.  Not sitting: LEHMAN, J.